IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NO. 4:25-cv-5415-JD

| | |
|---|---|
| Wild Geese Consultants, LLC; and Purpose - SC, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Broadstep Behavioral Health, Inc.; Excalibur Youth Services, LLC; Bain Capital Double Impact, LP; and Jason Upham, <br><br> Defendants. | NOTICE OF WITHDRAWAL OF MOTION TO RECOGNIZE CERTAIN REQUESTS FOR ADMISSION AS HAVING BEEN ADMITTED |

Now come Defendants Broadstep Behavioral Health, Inc., Excalibur Youth Services, LLC, and Jason Upham who withdraw their Motion to Recognize Certain Requests for Admission as Having Been Admitted previously filed in this matter.

*(signature)*

Matthew A. Hughes, Federal Bar No. 14063
FOX ROTHSCHILD LLP
2 West Washington Street, Suite 1100
Greenville, SC 29601
Telephone: (864) 751-7600
matthewhughes@foxrothschild.com

*Attorney for Defendants Broadstep Behavioral Health, Inc., Excalibur Youth Services, LLC, and Jason Upham*

175105076.1